United States District Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Edward J. Meringer, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. H-22-023 |
| Experian Information Solutions, Inc., | § | |
| Conn Credit Corporation, Inc., | § | |
| and Does 1 through 100, Inclusive, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On June 1, 2022, Plaintiff, Edward J. Meringer, filed a Voluntary Dismissal with Prejudice (docket no. 21) stipulating to the voluntary dismissal of this action against Defendant, Conn Credit Corporation, along with a Notice of Dismissal (docket no. 22) voluntarily dismissing Defendants, Does 1 through 100, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this Court accepts the dismissals and this action is hereby **DISMISSED** with prejudice against Defendant, Defendant, Conn Credit Corporation, and Defendants, Does 1 through 100.

Each party will bear its own costs.

SIGNED at Houston, Texas, on this 1st day of June, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE